UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    GUYTON, JOHANNA    §    Case No. 09-43800
                            §
                            §
                            §
Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/21/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/01/2011</u>          By:    <u>/s/Glenn R. Heyman</u>
                                              Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GUYTON, JOHANNA § Case No. 09-43800
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,733.98 |
| and approved disbursements of | $ | 5,975.49 |
| leaving a balance on hand of [1] | $ | 26,758.49 |
| **Balance on hand:** | $ | 26,758.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 26,758.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,250.58 | 0.00 | 2,250.58 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 124.45 | 0.00 | 124.45 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 967.50 | 0.00 | 967.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 8,092.53 |
| Remaining balance: | $ | 18,665.96 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,665.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,665.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,379.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 2,369.11 | 0.00 | 2,369.11 |
| 2 | Roundup Funding, LLC | 183.38 | 0.00 | 183.38 |
| 3 | American Infosource Agent for Rjm Acquisitions, LLC | 100.50 | 0.00 | 100.50 |
| 4 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 745.76 | 0.00 | 745.76 |
| 5 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 980.52 | 0.00 | 980.52 |

Total to be paid for timely general unsecured claims: $ 4,379.27
Remaining balance: $ 14,286.69

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 14,286.69 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 14,286.69 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $30.17. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,256.52.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: acox | Date Created: 11/2/2011 |
| Case: 09−43800 | Form ID: pdf006 | Total: 40 |

**Recipients of Notice of Electronic Filing:**
tr     Glenn R Heyman, ESQ     gheyman@craneheyman.com
aty     Glenn R Heyman     gheyman@craneheyman.com
aty     Glenn R Heyman, ESQ     gheyman@craneheyman.com
aty     Jan M Hulstedt     jhulstedt@robertjsemrad.com
aty     Patrick J. Semrad     psemrad@robertjsemrad.com
aty     Robert J Semrad, JR     rsemrad@robertjsemrad.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Johanna Guyton     2949 W. Warren Blvd     1st floor     Chicago, IL 60612−1931
16670858     American Infosource Lp As Agent for     Rjm Acquisitions, LLC As Assignee of     Quality Paperback Book Club     PO Box 248838     Oklahoma City, OK 73124−8838
14741802     CCA     P.O.Box 806     Norwell, MA 02061
14741803     Central DuPage Hospital     25 N. Winfield     Winfield, IL 60190
14741804     City of Chicago     Department of Water Management     P.O. Box 6330     Chicago, IL 60680
14741805     Collection Company Of     700 Longwater Dr     Norwell, MA 02061
14741806     ComEd     2100 Swift Drive     Oak Brook, IL 60523
15878739     Commonwealth Edison Company     3 Lincoln Center, 4th Floor     Attn: Bankruptcy Section/Claims     Oakbrook Terrace, IL 60181
14741807     Community CCRx     PO Box 504849     Saint Louis, MO 63150−4849
14741808     Computer Credit Inc     640 W Fourth Street     PO Box 5238     Winston Salem, NC 27113
14741809     Cook County Treasurer     118 N Clark St     suite 112     Chicago, IL 60602
14741810     Debt Credit Services     2493 Roming Rd     Akron, OH 44320
14741811     Drive Financail     Attn: Bankruptcy Dept     PO Box 560284     Dallas, TX 75356
14741812     Fst Premier     601 S Minnesota Ave     Sioux Falls, SD 57104
14741813     GC Services     Attn: Bankruptcy     6330 Gulfton St. Ste 400     Houston, TX 77081
14741814     John H. Stroger Hospital     P.O. Box 70121     Chicago, IL 60673−5698
14741815     Linebarger Goggan Blair &Sampson     PO Box 06268     Chicago, IL 60606
14741816     National Credit Soluti     Po Box 15779     Oklahoma City, OK 73155
14741817     Nco     Po Box 15087     Wilmington, DE 19850
14741818     Nye Partners in Women's health     625 N. Michigan Avenue     #210     Chicago, IL 60611
14741819     Peoples Gas     C/O Bankruptcy Department     130 E. Randolph Drive     Chicago, IL 60602
14741820     Richard Auto Body     2666 West Grand Ave     Chicago, IL 60612
14741821     Rjm Acq Llc     575 Underhill Blvd Ste 2     Syosset, NY 11791
16636454     Roundup Funding, LLC     MS 550     PO Box 91121     Seattle, WA 98111−9221
14741822     Rush University Medical Center     Patient Financial Services     PO Box 4075     Carol Stream, IL 60197
14741823     Rush University Medical Group     75 Remittance Dr. Dept 1611     Chicago, IL 60675
14741824     Santander     PO Box 562084     Dallas, TX 75356
14741825     Sentry Credit     P O Box 12070     Everett, WA 98206
14741826     University of Illinois Med. Center     PO Box 12199     Chicago, IL 60612
14741827     Washington Mutual Mortgage     Attn: Bankruptcy Dept. JAXA 2035     7255 Bay Meadows Way     Jacksonville, FL 32256
14741828     Wells Fargo Auto Finance     PO box 29704     Phoenix, AZ 85038
14741829     West Asset Management     Attn: Bankruptcy     Po Box 105478     Atlanta, GA 30348
16790531     eCAST Settlement Corporation, assignee     of HSBC Bank Nevada and its Assigns     POB 35480     Newark, NJ 07193−5480
16790532     eCAST Settlement Corporation, assignee     of HSBC Bank Nevada and its Assigns     POB 35480     Newark, NJ 07193−5480

TOTAL: 34