UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    GUYTON, JOHANNA           §    Case No. 09-43800
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/21/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2011        By:    /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GUYTON, JOHANNA § Case No. 09-43800
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 32,733.98 |
| and approved disbursements of | $ 5,975.49 |
| leaving a balance on hand of [1] | $ 26,758.49 |

**Balance on hand:** $ 26,758.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,758.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,250.58 | 0.00 | 2,250.58 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 124.45 | 0.00 | 124.45 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 967.50 | 0.00 | 967.50 |

Total to be paid for chapter 7 administration expenses: $ 8,092.53
Remaining balance: $ 18,665.96

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 18,665.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 18,665.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,379.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 2,369.11 | 0.00 | 2,369.11 |
| 2 | Roundup Funding, LLC | 183.38 | 0.00 | 183.38 |
| 3 | American Infosource Agent for Rjm Acquisitions, LLC | 100.50 | 0.00 | 100.50 |
| 4 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 745.76 | 0.00 | 745.76 |
| 5 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 980.52 | 0.00 | 980.52 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,379.27 |
| Remaining balance: | $ | 14,286.69 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $    14,286.69

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $    14,286.69

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $30.17. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,256.52.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: acox | Date Created: 11/2/2011 |
| Case: 09−43800 | Form ID: pdf006 | Total: 40 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Glenn R Heyman, ESQ | gheyman@craneheyman.com |
| aty | Glenn R Heyman | gheyman@craneheyman.com |
| aty | Glenn R Heyman, ESQ | gheyman@craneheyman.com |
| aty | Jan M Hulstedt | jhulstedt@robertjsemrad.com |
| aty | Patrick J. Semrad | psemrad@robertjsemrad.com |
| aty | Robert J Semrad, JR | rsemrad@robertjsemrad.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Johanna Guyton   2949 W. Warren Blvd   1st floor   Chicago, IL 60612−1931 | |
| 16670858 | American Infosource Lp As Agent for   Rjm Acquisitions, LLC As Assignee of   Quality Paperback Book Club   PO Box 248838   Oklahoma City, OK 73124−8838 | |
| 14741802 | CCA   P.O.Box 806   Norwell, MA 02061 | |
| 14741803 | Central DuPage Hospital   25 N. Winfield   Winfield, IL 60190 | |
| 14741804 | City of Chicago   Department of Water Management   P.O. Box 6330   Chicago, IL 60680 | |
| 14741805 | Collection Company Of   700 Longwater Dr   Norwell, MA 02061 | |
| 14741806 | ComEd   2100 Swift Drive   Oak Brook, IL 60523 | |
| 15878739 | Commonwealth Edison Company   3 Lincoln Center, 4th Floor   Attn: Bankruptcy Section/Claims   Oakbrook Terrace, IL 60181 | |
| 14741807 | Community CCRx   PO Box 504849   Saint Louis, MO 63150−4849 | |
| 14741808 | Computer Credit Inc   640 W Fourth Street   PO Box 5238   Winston Salem, NC 27113 | |
| 14741809 | Cook County Treasurer   118 N Clark St   suite 112   Chicago, IL 60602 | |
| 14741810 | Debt Credit Services   2493 Roming Rd   Akron, OH 44320 | |
| 14741811 | Drive Financail   Attn: Bankruptcy Dept   PO Box 560284   Dallas, TX 75356 | |
| 14741812 | Fst Premier   601 S Minnesota Ave   Sioux Falls, SD 57104 | |
| 14741813 | GC Services   Attn: Bankruptcy   6330 Gulfton St. Ste 400   Houston, TX 77081 | |
| 14741814 | John H. Stroger Hospital   P.O. Box 70121   Chicago, IL 60673−5698 | |
| 14741815 | Linebarger Goggan Blair &Sampson   PO Box 06268   Chicago, IL 60606 | |
| 14741816 | National Credit Soluti   Po Box 15779   Oklahoma City, OK 73155 | |
| 14741817 | Nco   Po Box 15087   Wilmington, DE 19850 | |
| 14741818 | Nye Partners in Women's health   625 N. Michigan Avenue   #210   Chicago, IL 60611 | |
| 14741819 | Peoples Gas   C/O Bankruptcy Department   130 E. Randolph Drive   Chicago, IL 60602 | |
| 14741820 | Richard Auto Body   2666 West Grand Ave   Chicago, IL 60612 | |
| 14741821 | Rjm Acq Llc   575 Underhill Blvd Ste 2   Syosset, NY 11791 | |
| 16636454 | Roundup Funding, LLC   MS 550   PO Box 91121   Seattle, WA 98111−9221 | |
| 14741822 | Rush University Medical Center   Patient Financial Services   PO Box 4075   Carol Stream, IL 60197 | |
| 14741823 | Rush University Medical Group   75 Remittance Dr. Dept 1611   Chicago, IL 60675 | |
| 14741824 | Santander   PO Box 562084   Dallas, TX 75356 | |
| 14741825 | Sentry Credit   P O Box 12070   Everett, WA 98206 | |
| 14741826 | University of Illinois Med. Center   PO Box 12199   Chicago, IL 60612 | |
| 14741827 | Washington Mutual Mortgage   Attn: Bankruptcy Dept. JAXA 2035   7255 Bay Meadows Way   Jacksonville, FL 32256 | |
| 14741828 | Wells Fargo Auto Finance   PO box 29704   Phoenix, AZ 85038 | |
| 14741829 | West Asset Management   Attn: Bankruptcy   Po Box 105478   Atlanta, GA 30348 | |
| 16790531 | eCAST Settlement Corporation, assignee   of HSBC Bank Nevada and its Assigns   POB 35480   Newark, NJ 07193−5480 | |
| 16790532 | eCAST Settlement Corporation, assignee   of HSBC Bank Nevada and its Assigns   POB 35480   Newark, NJ 07193−5480 | |

TOTAL: 34

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-43800-SPS
Johanna Guyton                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox           Page 1 of 2              Date Rcvd: Nov 08, 2011
                              Form ID: pdf002     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2011.
```
db           Johanna Guyton,    2949 W. Warren Blvd,    1st floor,    Chicago, IL  60612-1931
16670858     American Infosource Lp As Agent for,    Rjm Acquisitions, LLC As Assignee of,
              Quality Paperback Book Club,    PO Box 248838,    Oklahoma City, OK  73124-8838
14741802    +CCA,    P.O.Box 806,    Norwell, MA  02061-0806
14741803    +Central DuPage Hospital,    25 N. Winfield,    Winfield, IL 60190-1295
14741804    +City of Chicago,    Department of Water Management,    P.O. Box 6330,    Chicago, IL 60680-6330
14741805    +Collection Company Of,    700 Longwater Dr,    Norwell, MA 02061-1796
14741807     Community CCRx,    PO Box 504849,    Saint Louis, MO 63150-4849
14741808    +Computer Credit Inc,    640 W Fourth Street,    PO Box 5238,    Winston Salem, NC 27113-5238
14741809    +Cook County Treasurer,    118 N Clark St,    suite 112,    Chicago, IL 60602-1590
14741811    +Drive Financail,    Attn: Bankruptcy Dept,    PO Box 560284,    Dallas, TX 75356-0284
14741812    +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14741813    +GC Services,    Attn: Bankruptcy,    6330 Gulfton St. Ste 400,    Houston, TX 77081-1108
14741814     John H. Stroger Hospital,    P.O. Box 70121,    Chicago, IL 60673-5698
14741815    +Linebarger Goggan Blair & Sampson,    PO Box 06268,    Chicago, IL 60606-0268
14741817    +Nco,    Po Box 15087,    Wilmington, DE 19850-5087
14741818    +Nye Partners in Women's health,    625 N. Michigan Avenue,    #210,    Chicago, IL 60611-3162
14741819    +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14741823   ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
              CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,    75 Remittance Dr. Dept 1611,
              Chicago, IL 60675)
14741822    +Rush University Medical Center,    Patient Financial Services,    PO Box 4075,
              Carol Stream, IL 60197-4075
14741824    +Santander,    PO Box 562084,    Dallas, TX 75356-2084
14741825    +Sentry Credit,    P O Box 12070,    Everett, WA 98206-2070
14741827    +Washington Mutual Mortgage,    Attn: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
14741828    +Wells Fargo Auto Finance,    PO box 29704,    Phoenix, AZ 85038-9704
14741829    +West Asset Management,    Attn: Bankruptcy,    Po Box 105478,    Atlanta, GA 30348-5478
16790531     eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14741806    +E-mail/Text: legalcollections@comed.com Nov 09 2011 05:44:54     ComEd,    2100 Swift Drive,
              Oak Brook, IL 60523-1559
15878739    +E-mail/Text: legalcollections@comed.com Nov 09 2011 05:44:54     Commonwealth Edison Company,
              3 Lincoln Center, 4th Floor,    Attn:  Bankruptcy Section/Claims,
              Oakbrook Terrace, IL 60181-4204
14741816    +E-mail/Text: BK@nationalcreditsolutions.net Nov 09 2011 06:48:30      National Credit Soluti,
              Po Box 15779,    Oklahoma City, OK 73155-5779
14741821    +E-mail/Text: rjm@ebn.phinsolutions.com Nov 09 2011 03:24:14      Rjm Acq Llc,
              575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
16636454     E-mail/PDF: BNCEmails@blinellc.com Nov 09 2011 04:54:56     Roundup Funding, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
14741826    +E-mail/Text: jherndon@uic.edu Nov 09 2011 07:33:26     University of Illinois Med. Center,
              PO Box 12199,    Chicago, IL 60612-0199
                                                                                               TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16790532*    eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
14741810   ##+Debt Credit Services,    2493 Roming Rd,    Akron, OH 44320-4109
14741820   ##+Richard Auto Body,    2666 West Grand Ave,    Chicago, IL 60612-1143
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: acox              Page 2 of 2            Date Rcvd: Nov 08, 2011
                               Form ID: pdf002         Total Noticed: 31

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2011**                **Signature:**    *Joseph Speetjens*