**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GUYTON, JOHANNA             § Case No. 09-43800
                                   §
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $16,628.34 |
| Total Distribution to Claimants: $4,409.47 | Claims Discharged Without Payment: $76,243.19 |
| Total Expenses of Administration: $10,596.36 | |

   3)  Total gross receipts of $   32,734.33   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $   17,728.50   (see **Exhibit 2** ), yielded net receipts of $15,005.83
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $341,047.58 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,596.36 | 10,596.36 | 10,596.36 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,388.26 | 4,409.47 | 4,409.47 | 4,409.47 |
| **TOTAL DISBURSEMENTS** | $419,435.84 | $15,005.83 | $15,005.83 | $15,005.83 |

    4) This case was originally filed under Chapter 7 on November 18, 2009. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2012     By: /s/GLENN R. HEYMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal lawsuit against Ameriquest Mortgage 08 C | 1129-000 | 32,732.61 |
| Interest Income | 1270-000 | 1.72 |
| **TOTAL GROSS RECEIPTS** | | **$32,734.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Johanna Guyton | Debtor's exemption claimed for Federal lawsuit | 8100-002 | 3,471.66 |
| GUYTON, JOHANNA | Dividend paid 100.00% on $14,256.84; Claim# SURPLUS; Filed: $14,256.84; Reference: | 8200-000 | 14,256.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$17,728.50** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | City of Chicago Department of Water Management | 4110-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Mortgage | 4110-000 | 338,627.58 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 4110-000 | 1,680.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$341,047.58** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 2,250.58 | 2,250.58 | 2,250.58 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 124.45 | 124.45 | 124.45 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.12 | 56.12 | 56.12 |
| United States Treasury | 2810-000 | N/A | 1,363.00 | 1,363.00 | 1,363.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 962.00 | 962.00 | 962.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.03 | 68.03 | 68.03 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.00 | -2.00 | -2.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.68 | 56.68 | 56.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,596.36 | 10,596.36 | 10,596.36 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 2,045.07 | 2,369.11 | 2,369.11 | 2,369.11 |
| 1I | Commonwealth Edison Company | 7990-000 | N/A | 16.34 | 16.34 | 16.34 |
| 2 | Roundup Funding, LLC | 7100-000 | N/A | 183.38 | 183.38 | 183.38 |
| 2I | Roundup Funding, LLC | 7990-000 | N/A | 1.27 | 1.27 | 1.27 |
| 3 | American Infosource Agent for Rjm Acquisitions, LLC | 7100-000 | 100.00 | 100.50 | 100.50 | 100.50 |
| 3I | American Infosource Agent for Rjm Acquisitions, LLC | 7990-000 | N/A | 0.69 | 0.69 | 0.69 |
| 4 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 7100-000 | N/A | 745.76 | 745.76 | 745.76 |
| 4I | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 7990-000 | N/A | 5.14 | 5.14 | 5.14 |
| 5 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 7100-000 | N/A | 980.52 | 980.52 | 980.52 |
| 5I | eCAST Settlement Corp, assignee of HSBC Bank Nevada | 7990-000 | N/A | 6.76 | 6.76 | 6.76 |
| NOTFILED | Nye Partners in Women's Health | 7100-000 | 105.63 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 11,880.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Solution | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco | 7100-000 | 2,950.00 | N/A | N/A | 0.00 |
| NOTFILED | John H. Stroger Hospital | 7100-000 | 82.80 | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 436.00 | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampton | 7100-000 | 85.08 | N/A | N/A | 0.00 |
| NOTFILED | John H. Stroger Hospital | 7100-000 | 681.60 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Center | 7100-000 | 76.84 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois Medical Center | 7100-000 | 386.43 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 1,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sentry Credit | 7100-000 | 13,459.42 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Group | 7100-000 | 91.67 | N/A | N/A | 0.00 |
| NOTFILED | Santander | 7100-000 | 21,407.59 | N/A | N/A | 0.00 |
| NOTFILED | Rjm Acquisitions, LLC | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Center | 7100-000 | 249.75 | N/A | N/A | 0.00 |
| NOTFILED | Fst Premier | 7100-000 | 613.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Auto Body | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Community CCRx | 7100-000 | 955.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Drive Financial | 7100-000 | 13,969.60 | N/A | N/A | 0.00 |
| NOTFILED | Debt Credit Services | 7100-000 | 659.00 | N/A | N/A | 0.00 |
| NOTFILED | Central DuPage Hospital | 7100-000 | 11.02 | N/A | N/A | 0.00 |
| NOTFILED | CCA | 7100-000 | 1,927.32 | N/A | N/A | 0.00 |
| NOTFILED | Computer Credit Inc. | 7100-000 | 76.84 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company Of AT&T | 7100-000 | 517.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company of AT&T | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Debt Credit Services | 7100-000 | 1,288.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company of AT&T | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 78,388.26 | 4,409.47 | 4,409.47 | 4,409.47 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43800  
**Case Name:** GUYTON, JOHANNA  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 11/18/09 (f)  
**§341(a) Meeting Date:** 01/05/10  

**Period Ending:** 01/09/12  
**Claims Bar Date:** 03/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Half ownership:2949 W. Warren, Chicago | 96,335.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Checking Account | 10.34 | 0.00 | | 0.00 | FA |
| 3 | Chase Savings Account | 4.00 | 0.00 | | 0.00 | FA |
| 4 | Citibank Savings Account | 14.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Federal lawsuit against Ameriquest Mortgage 08 C<br>Orig. Asset Memo: Federal lawsuit against Ameriquest Mortgage 08 CV 02475 - UNKNOWN VALUE; Orig. Description: Federal lawsuit against Ameriquest Mortgage 08 CV 02475 - UNKNOWN VALUE; Imported from original petition Doc# 1 | Unknown | Unknown | | 32,732.61 | FA |
| 8 | 1972 Oldsmobile 88 (170,000 Miles) | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.72 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$97,963.34** | **$0.00** | | **$32,734.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/2010: Retained special counsel re: mortgage fraud case. Settlement talks are currently underway.

05/2011: Settlement reached. Filed motion to approve offer, which was entered by this Court.

**Initial Projected Date Of Final Report (TFR):** February 28, 2012  **Current Projected Date Of Final Report (TFR):** October 14, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-43800  
**Case Name:** GUYTON, JOHANNA  

**Taxpayer ID #:** **-***4767  
**Period Ending:** 01/09/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/11 | {7} | Buchalter Nemer | Settlement for Rose Terry etal v. Ameriquest Mortgage Company | 1129-000 | 32,732.61 | | 32,732.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 32,732.81 |
| 06/08/11 | 1001 | Johanna Guyton | Debtor's exemption claimed for Federal lawsuit | 8100-002 | | 3,471.66 | 29,261.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,261.40 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,261.64 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.12 | 29,205.52 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,205.76 |
| 08/31/11 | 1002 | United States Treasury | 2011 Form 1041<br> FEIN# 38-6974767 | 2810-000 | | 1,363.00 | 27,842.76 |
| 08/31/11 | 1003 | Illinois Department of Revenue | 2011 Form IL-1041<br>FEIN# 38-6974767 | 2820-000 | | 962.00 | 26,880.76 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.03 | 26,812.73 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.00 | 26,814.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,814.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.68 | 26,758.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,758.49 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,758.70 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.14 | | 26,758.84 |
| 12/21/11 | | To Account #9200******5266 | Transfer funds to close case | 9999-000 | | 26,758.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,734.33 | 32,734.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 26,758.84 | |
| | | | **Subtotal** | | 32,734.33 | 5,975.49 | |
| | | | Less: Payments to Debtors | | | 3,471.66 | |
| | | | **NET Receipts / Disbursements** | | **$32,734.33** | **$2,503.83** | |

{} Asset reference(s)

Printed: 01/09/2012 03:11 PM    V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-43800 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | GUYTON, JOHANNA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******52-66 - Checking Account |
| Taxpayer ID #: | **-***4767 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/11 | | From Account #9200******5265 | Transfer funds to close case | 9999-000 | 26,758.84 | | 26,758.84 |
| 12/21/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,250.58, Trustee Compensation; Reference: | 2100-000 | | 2,250.58 | 24,508.26 |
| 12/21/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,750.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,750.00 | 19,758.26 |
| 12/21/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $124.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 124.45 | 19,633.81 |
| 12/21/11 | 104 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 967.50 | 18,666.31 |
| 12/21/11 | 105 | Commonwealth Edison Company | Dividend paid 100.00% on $2,369.11; Claim# 1; Filed: $2,369.11; Reference: | 7100-000 | | 2,369.11 | 16,297.20 |
| 12/21/11 | 106 | Roundup Funding, LLC | Dividend paid 100.00% on $183.38; Claim# 2; Filed: $183.38; Reference: | 7100-000 | | 183.38 | 16,113.82 |
| 12/21/11 | 107 | American Infosource Agent for Rjm Acquisitions, LLC | Dividend paid 100.00% on $100.50; Claim# 3; Filed: $100.50; Reference: | 7100-000 | | 100.50 | 16,013.32 |
| 12/21/11 | 108 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | Dividend paid 100.00% on $745.76; Claim# 4; Filed: $745.76; Reference: | 7100-000 | | 745.76 | 15,267.56 |
| 12/21/11 | 109 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | Dividend paid 100.00% on $980.52; Claim# 5; Filed: $980.52; Reference: | 7100-000 | | 980.52 | 14,287.04 |
| 12/21/11 | 110 | Commonwealth Edison Company | Dividend paid 100.00% on $16.34; Claim# 1I; Filed: $16.34; Reference: | 7990-000 | | 16.34 | 14,270.70 |
| 12/21/11 | 111 | Roundup Funding, LLC | Dividend paid 100.00% on $1.27; Claim# 2I; Filed: $1.27; Reference: | 7990-000 | | 1.27 | 14,269.43 |
| 12/21/11 | 112 | American Infosource Agent for Rjm Acquisitions, LLC | Dividend paid 100.00% on $0.69; Claim# 3I; Filed: $0.69; Reference: | 7990-000 | | 0.69 | 14,268.74 |
| 12/21/11 | 113 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | Dividend paid 100.00% on $5.14; Claim# 4I; Filed: $5.14; Reference: | 7990-000 | | 5.14 | 14,263.60 |
| 12/21/11 | 114 | eCAST Settlement Corp, assignee of HSBC Bank Nevada | Dividend paid 100.00% on $6.76; Claim# 5I; Filed: $6.76; Reference: | 7990-000 | | 6.76 | 14,256.84 |
| 12/21/11 | 115 | GUYTON, JOHANNA | Dividend paid 100.00% on $14,256.84; Claim# SURPLUS; Filed: $14,256.84; Reference: | 8200-000 | | 14,256.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 26,758.84 | 26,758.84 | $0.00 |
| Less: Bank Transfers | 26,758.84 | 0.00 | |
| Subtotal | 0.00 | 26,758.84 | |
| Less: Payments to Debtors | | 14,256.84 | |
| NET Receipts / Disbursements | $0.00 | $12,502.00 | |

{} Asset reference(s)

Printed: 01/09/2012 03:11 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-43800  
**Case Name:** GUYTON, JOHANNA  

**Taxpayer ID #:** **-***4767  
**Period Ending:** 01/09/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******52-65 | 32,734.33 | 2,503.83 | 0.00 |
| Checking # 9200-******52-66 | 0.00 | 12,502.00 | 0.00 |
|  | $32,734.33 | $15,005.83 | $0.00 |